THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Respondent, *v.* THE BOARD OF SUPERVISORS OF THE COUNTY OF ERIE, Appellant.

(Argued October 25, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 17, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*James M. Humphrey* for appellant.

*James F. Gluck* for respondent.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

———————

HENRY MAURER, Respondent, *v.* CHARLES H. BLISS et al., Appellants.

(Argued October 28, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made February 7, 1887, which modified and affirmed, as modified, a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*George L. Rives* for appellants.

*John E. Eustis* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.